UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL INC., <br><br> Plaintiff, <br><br> v. <br><br> MANJIT SINGH; SHAMSHER BRAICH, <br><br> Defendants. | No. 2:15-mc-144-GEB-EFB <br><br><br> ORDER |

On January 11, 2017, this miscellaneous case was before the court for hearing on plaintiff's motion for an order assigning it the rights of defendant and judgment debtor Manjit Singh's to payment of money from Ontime Express Line Inc. ECF No. 3.[1] Attorney Lawrence Lockwood appeared on behalf of plaintiff and defendant Singh appeared pro se. No appearance was made by defendant Shamsher Braich.

At the hearing, the court granted Mr. Singh's request for additional time to obtain legal representation. On January 26, 2017, attorney Stephen Reynolds filed a notice of appearance on behalf of Mr. Singh. As Mr. Singh has now obtained legal counsel, the court will provide him an opportunity to respond to the pending motion.

---

[1] This case, in which defendants is proceeding *in propria persona*, was referred to the undersigned under Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1).

1

Accordingly, it is hereby ORDERED that:

1. Manjit Singh shall file an opposition or statement of non-opposition to plaintiff's motion for an assignment order within 14 days of this order.

2. Plaintiff may file a reply to Mr. Singh's opposition, if any, 7 days thereafter.

3. Unless otherwise ordered by the court, the matter will be resolved on the briefs without a hearing.

DATED: April 19, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE