UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL INC., <br><br> Plaintiff, <br><br> v. <br><br> MANJIT SINGH; SHAMSHER BRAICH, <br><br> Defendants. | No. 2:15-mc-144-GEB-EFB <br><br> ORDER AND ORDER TO SHOW CAUSE |

On April 19, 2017, defendant Manjit Singh was ordered to file, within 14 days, an opposition or statement of non-opposition to plaintiff's motion for an assignment order. ECF No. 6. The deadline has passed and Singh has not filed an opposition or statement of non-opposition to the pending motion, nor has he otherwise responded to the court's April 19 order.

Local Rule 110 provides that failure to comply with a court order "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, good cause appearing, it is hereby ORDERED that:

1. Counsel for defendant Singh shall show cause, in writing, no later than May 24, 2017, why sanctions should not be imposed for failure to comply with the court's April 19, 2017 order.

/////

1

2. Defendant Singh shall file an opposition to plaintiff's motion, or a statement of non-opposition thereto, no later than May 24, 2017.

3. Failure of Singh to file an opposition to the motion will be deemed a statement of non-opposition thereto, and may result in a recommendation that plaintiff's motion be granted.

4. Plaintiff may file a reply to Singh's opposition, if any, on or before May 31, 2017.

5. Unless otherwise ordered by the court, plaintiff's motion will be submitted on the briefs without oral argument.

DATED: May 9, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE