Timothy Carl Aires, Esq. (138169)
AIRES LAW FIRM
6 Hughes, Suite 205
Irvine, California 92618
(949) 718-2020
(949) 718-2021 FAX

Attorneys for Plaintiff/Judgment Creditor,
CHOICE HOTELS INTERNATIONAL INC.,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MANJIT SINGH; SHAMSHER BRAICH,<br><br>Defendants. _____ | Case No. 2:15-mc-00144-GEB-EFB<br><br>(PROPOSED) ORDER CONTINUING EXAMINATION OF JUDGMENT DEBTOR MANJIT SINGH AND PRODUCTION OF RECORDS SOUGHT BY SUBPOENA DUCES TECUM<br><br>[F.R.C.P., Rule 69; C.C.P. §§708.110, 708.130 and 1985.1] |

The stipulation by and between Choice Hotels International Inc., judgment creditor, and Manjit Singh, judgment debtor, that the examination of Manjit Singh, judgment debtor, pursuant to F.R.C.P., Rule 69; C.C.P. §§708.110, 708.130 and 1985.1 be continued from 9:30 a.m. on July 25, 2018 in Room 8, 4th floor of the United States District Court - Eastern District of California, to 9:30 a.m. to September 12, 2018 in Room 8, 4th floor of the United States District Court - Eastern District of California, and that Manjit Singh, judgment debtor, shall appear on said date and at said time and place for examination with the records called for by the subpoena duces tecum, having come before this Court, now, therefor,

- 1 -

ORDER CONTINUING ORAP

1 | IT IS HEREBY ORDERED that the examination of Manjit Singh, judgment debtor,
2 | pursuant to F.R.C.P., Rule 69; C.C.P. §§708.110, 708.130 and 1985.1 is continued from
3 | 9:30 a.m. on July 25, 2018 in Courtroom 8, 13th floor of the United States District Court -
4 | Eastern District of California, to 9:30 a.m. to September 12, 2018 in Courtroom 8, 13th
5 | floor of the United States District Court - Eastern District of California, and Manjit Singh,
6 | judgment debtor, shall appear on said date and at said time and place for examination with
7 | the records called for by the subpoena duces tecum.

DATED: July 24, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE